| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| HESTON & HESTON<br>Benjamin Heston (297798)<br>19700 Fairchild Road, Suite 280<br>Irvine, CA 92612<br>T: 949-222-1041<br>F: 949-222-1043<br>ben@hestonlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>MELISSA JUNIPER LETHE LUNA<br><br><br><br><br>Debtor(s). | CASE NO.: 6:22-bk-13055-SY<br>CHAPTER: 7<br><br>Amended<br>**MOTION IN A CHAPTER 7 OR 13 CASE (1) TO REOPEN CASE AND (2) FOR EXTENSION OF TIME TO FILE FORMS REQUIRED FOR DISCHARGE**<br><br>[LBR 5010-1; 9013-1(q)(11)] |
|---|---|

1. **Bankruptcy Case Information:**

   a. A petition under chapter ☒ 7 ☐ 13 was filed on *(date)* 08/16/2022 .

   b. The court closed this case without entering a discharge because the Debtor failed to timely file one or both of the following form(s) required for a discharge to be entered (Required Form(s)):

   <u>Chapter 7 or 13 Cases: [11 U.S.C. § 727(a)(11); LBR 3015-1(t)]</u>
   ☒ Official Form 423, Certification About a Financial Management Course

   <u>Chapter 13 Cases: [11 U.S.C. § 1328(g)(1), LBR 3015-1(t)]</u>
   ☐ Debtor's Certification of Compliance Under 11 U.S.C. § 1328(a) and Application for Entry of Discharge

2. **Motion**

   a. The Debtor(s) request that the court enter an order: (a) reopening the case pursuant to 11 U.S.C. § 350(b) and FRBP 5010; and (b) extending the time to file the Required Form(s) for a period of 30 days from the date of entry of an order granting this motion.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    Page 1                                          F 5010-1.1.MOTION.REOPEN.CERT

b. The Debtor(s) failed to file the Required Form(s) by the original deadline, and therefore need to have the case reopened so that the Required Form(s) can be filed and a discharge can be entered because *(explain circumstances that prevented the Debtor from filing Required Form(s) in a timely manner)*:

Debtor completed the financial management course on 9/14/2022 and was told that the certificate would be automatically e-filed with the court, which was not done. As such, Debtor filed Form 423 and the Certificate of Completion on 11/28/2022. After Counsel spoke with the ECF clerk's office, he was informed that the case had already been closed and that this Motion would need to be filed. Attached hereto as Exhibit A is a true and correct copy of the Form 423 and Certificate of Completion.

3. **Declaration**

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/28/2022

_____
Signature of Attorney for Debtor

Benjamin Heston
Printed name of Attorney for Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                                    F 5010-1.1.MOTION.REOPEN.CERT

# Exhibit A

**Fill in this information to identify the case:**

Debtor 1: Melissa Juniper Lethe Luna
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Central District of California

Case number: 6:22-bk-13055-SY
(If known)

Official Form 423

# Certification About a Financial Management Course

12/15

If you are an individual, you must take an approved course about personal financial management if:

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.

- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

## Part 1: Tell the Court About the Required Course

You must check one:

☑ **I completed an approved course in personal financial management:**

Date I took the course: 09/14/2022
MM / DD / YYYY

Name of approved provider: AccessBK.org

Certificate number: 15317-CAC-DE-036832459

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

☐ Incapacity. I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ Disability. My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ Active duty. I am currently on active military duty in a military combat zone.

☐ Residence. I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

## Part 2: Sign Here

I certify that the information I have provided is true and correct.

*/s/ Melissa Luna*                          Melissa Juniper Lethe Luna           Date 11/28/2022
Signature of debtor named on certificate    Printed name of debtor                    MM / DD / YYYY

Official Form 423                           Certification About a Financial Management Course

Certificate Number: 15317-CAC-DE-036832459

Bankruptcy Case Number: 22-13055



15317-CAC-DE-036832459

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 14, 2022, at 8:32 o'clock PM PDT, Melissa Luna completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   September 14, 2022        By:   /s/Madelyn Kotb

Name:   Madelyn Kotb

Title:   Counselor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19700 Fairchild Road, Suite 280
Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **Motion in a Chapter 7 Case to Reopen Case and for Extension of Time to File Forms Required for Discharge** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/28/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Robert Whitmore (TR)**    rswtrustee@yahoo.com, rwhitmore@ecf.axosfs.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/28/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE:
Honorable Scott H. Yun
United States Bankruptcy Court
3420 Twelfth Street, Suite 345/Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/28/2022 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE

## File a Motion:

6:22-bk-13055-SY Melissa Juniper Lethe Luna Closed 11/28/2022

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 6 (Riverside) |
| Assets: n | Debtor disposition: Discharge Withheld for Failure to Submit Cert of Instructional Course for Personal Financial Mgmt | Judge: SY |

Case Flag: CLOSED

## U.S. Bankruptcy Court

## Central District of California

Notice of Electronic Filing

The following transaction was received from Benjamin Heston entered on 11/28/2022 at 12:42 PM PST and filed on 11/28/2022

**Case Name:**     Melissa Juniper Lethe Luna
**Case Number:**   6:22-bk-13055-SY
**WARNING: CASE CLOSED on 11/28/2022**
**Document Number:** 13

**Docket Text:**
Motion to Reopen Chapter 7 Case . Fee Amount $260 Filed by Debtor Melissa Juniper Lethe Luna (Heston, Benjamin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Luna - Motion to Reopen.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=11/28/2022] [FileNumber=10336887 3-0] [c5e8c27737981ccca9faf1b12a524366ecfc0782793d552377f298de46cebd19 2e775de8b037d0653446c531af93068fc0176398c9000b8409297bb34df254e6]]

**6:22-bk-13055-SY Notice will be electronically mailed to:**

Benjamin Heston on behalf of Debtor Melissa Juniper Lethe Luna
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Robert Whitmore (TR)
rswtrustee@yahoo.com, rwhitmore@ecf.axosfs.com

**6:22-bk-13055-SY Notice will not be electronically mailed to:**

## U.S. Bankruptcy Court
## Central District of California

Thank you. Your transaction in the amount of **$ 260.00** has been completed.

Please print a copy of your transaction receipt for future reference. The transaction number is **A54900626**.

**Detail description:**
Motion to Reopen Case( 6:22-bk-13055-SY) [motion,mreop] ( 260.00)