United States Bankruptcy Court

Central District of California

In re:  
Melissa Juniper Lethe Luna  
    Debtor

Case No. 22-13055-SY  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2  
Date Rcvd: Nov 28, 2022      Form ID: van102      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Juniper Lethe Luna, 7987 Milligan Drive, Riverside, CA 92506-5723 |
| 41261524 | | TD Bank N.A., TD Bank USBC, PO Box 1440, Greenville, SC 29602 |
| 41261525 | + | UC Riverside Study Abroad Program, 900 University Ave., Riverside, CA 92521-9800 |
| 41261526 | + | University of California Education, Abroad Program, Attention: Payments, 6950 Hollister Avenue, Suite 200, Goleta, CA 93117-5823 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Nov 29 2022 00:25:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 29 2022 00:25:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41261517 | + | Email/PDF: bncnotices@becket-lee.com | Nov 29 2022 00:30:51 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 41261516 | + | Email/PDF: bncnotices@becket-lee.com | Nov 29 2022 00:30:44 | American Express, PO Box 0001, Los Angeles, CA 90096-0001 |
| 41261518 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2022 00:30:50 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 41261519 | | Email/Text: mrdiscen@discover.com | Nov 29 2022 00:24:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 41261520 | + | Email/Text: EBN@edfinancial.com | Nov 29 2022 00:25:00 | Ed Financial Services, PO Box 36008, Knoxville, TN 37930-6008 |
| 41261521 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 29 2022 00:30:43 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 41295279 | ^ | MEBN | Nov 29 2022 00:20:48 | MRS BPO LLC, 1930 Olney Ave, Cherry Hill NJ 08003-2016 |
| 41261522 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2022 00:25:00 | Midland Credit Management, PO Box 2121, Warren, MI 48090-2121 |
| 41261523 | | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 00:30:43 | SYNBC/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Nov 28, 2022 | Form ID: van102 | Total Noticed: 15

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Debtor Melissa Juniper Lethe Luna bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Robert Whitmore (TR) | rswtrustee@yahoo.com  rwhitmore@ecf.axosfs.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**  
Melissa Juniper Lethe Luna  
**SSN:** xxx−xx−8156  
**EIN:** N/A  
aka Melissa Rodriguez

7987 Milligan Drive  
Riverside, CA 92506

**BANKRUPTCY NO.** 6:22−bk−13055−SY  
**CHAPTER** 7

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as the Debtor did not file Official Form 423, Certification About a Financial Management Course.

Dated: November 28, 2022

BY THE COURT,

**Kathleen J. Campbell**  
Clerk of Court

(Form VAN−102 clsnodsc) rev. 12/2015

**11 / AUTU**